**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ABC IP, LLC a Delaware limited liability company and RARE BREED TRIGGERS, INC. a Texas corporation and RBTM, LLC, a Wyoming limited liability company,
Plaintiff(s),

vs.

URSA-SEC LLC, a Nevada limited liability company and Loren J. Ransome, an individual,
Defendant(s).

Case No. 3:26-cv-571-ART-CSD

**ORDER APPROVING**
**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Glenn D. Bellamy (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Wood Herron & Evans LLP
(firm name)

with offices at 600 Vine Street, Suite 2800 (street address),

Cincinnati (city), Ohio (state), 45202 (zip code),

513-707-0243 (area code + telephone number), gbellamy@whe-law.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by ABC IP, LLC, RARE BREED TRIGGERS, INC., RBTM, LLC to provide legal representation in connection with [client(s)]

the above-entitled case now pending before this Court.

3. That since 1/13/1999 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Ohio (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| The Supreme Court of Ohio | 1/13/1999 | 0070321 |
| *Please see attached list.* | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF Ohio )
COUNTY OF Hamilton )

Glenn D. Bellamy, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this 30th day of JULY, 2026.

John Dwight Poffenberger Jr.
Notary Public or Clerk of Court

NOTARIAL SEAL STATE OF OHIO
John Dwight Poffenberger Jr., Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Bethany Rabe (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

10845 Griffith Peak Drive, Suite 600,
(street address)

Las Vegas, Nevada, 89135,
(city) (state) (zip code)

702-938-6923, rabeb@gtlaw.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Bethany Rabe as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Cole Leleux
(party's signature)

Cole Leleux, Managing Member, ABC IP, LLC
(type or print party name, title)

Lawrence DeMonico
(party's signature)

Lawrence DeMonico, President, Rare Breed Triggers, Inc.
(type or print party name, title)

Kelly Leleux
(party's signature)

Kelly Leleux, Managing Member, RBTM, LLC

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Bethany Rabe*
Designated Resident Nevada Counsel's signature

11691 rabeb@gtlaw.com
Bar number Email address

**APPROVED.**

Anne R. Traum
United States District Judge

Dated: August 11, 2026

Applicant, Glenn Dean Bellamy, has been admitted in the following federal courts:

| | Date Admitted | Status |
|---|---|---|
| U.S. Supreme Court | July 12, 1991 | Current |
| S.D. Ohio | July 16, 1999 | Current |
| N.D. Ohio | Apr 5, 2011 | Current |
| Dist. Colorado | Apr 14, 2006 | Current |
| S.D. Indiana | Sept 23, 2011 | Current |
| N.D. Indiana | Nov. 27, 2024 | Current |
| E,D, Texas | April 16, 2026 | Current |
| E.D. Wisconsin | June 12, 2025 | Current |
| W.D. Wisconsin | June 23, 2026 | Current |
| E.D. Missouri | Jan 13, 2026 | Current |
| E.D. Texas | April 16, 2026 | Current |
| D. Nebraska | June 22, 2026 | Current |
| E.D. Kentucky | June 10, 2026 | Current |
| M.D. Florida | June 15, 2026 | Current |
| N.D Georgia | June 30, 2026 | Current |
| Dist. North Dakota | June 13, 2026 | Current |
| E.D. Arkansas | July 17, 2026 | Current |
| U.S. Court of Int'l Trade | Apr 8, 1999 | Current |
| Federal Circuit | July 13, 1988 | Current |
| Second Circuit | Sept. 26, 2024 | Current |
| Fifth Circuit | Nov 21, 2023 | Current |
| Sixth Circuit. | Aug 17, 1998 | Current |
| Ninth Circuit | Aug 4, 1988 | Current |
| Tenth Circuit | Mar. 17, 2026 | Current |
| Eleventh Circuit | Aug. 25, 2015 | Current |

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Glenn Dean Bellamy**
Attorney Registration No. **0070321**

was admitted to the practice of law in Ohio on January 13, 1999; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 7th day of August, 2026.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Bradley J. Martinez, Esq.
*Deputy Director, Registration and Continuing Legal Education Section*

No. 2026-08-07-1
Verify by email at GoodStandingRequests@sc.ohio.gov