# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ABC IP, LLC, RARE BREED TRIGGERS, INC., and RBTM LLC,

Plaintiff(s),

vs.

URSA-SEC LLC, and Loren J. Ransome

Defendant(s).

Case #3:26-cv-00571-ART-CSD

**ORDER APPROVING**

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Carl E. Bruce (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Fish & Richardson P.C (firm name) with offices at 1717 Main Street, Suite 5000 (street address), Dallas (city), Texas (state), 7501 (zip code), (214) 747-5070 (area code + telephone number), bruce@fr.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Plaintiffs [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since 11/06/2002 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Texas Supreme Court | 11/06/2002 | 24036278 |
| Eastern District of Texas | 6/4/2003 | |
| Western District of Texas | 9/23/2003 | |
| Southern District of Texas | 2/12/2026 | 431640 |
| Northern District of Texas | 12/5/2002 | |
| Eastern District of Wisconsin | 2/18/2026 | |
| (See attachment A) | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Texas and Patent Trial and Appeal Board.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Carl Bruce
Petitioner's signature

STATE OF Texas )
)
COUNTY OF Dallas )

Carl E. Bruce, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Carl Bruce
Petitioner's signature

Subscribed and sworn to before me this

11th day of August, 2026.

Sharmine Hoque Amir
NOTARY PUBLIC · STATE OF TEXAS
ID NUMBER 135536504
COMMISSION EXPIRES October 16, 2029

Sharmine Hoque Amir Notary Public, State of Texas
Notary Public or Clerk of Court

Electronically signed and notarized online using the Proof platform.

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Bethany L. Rabe (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

10845 Griffith Peak Drive, Suite 600,
(street address)

Las Vegas, Nevada, 89135,
(city) (state) (zip code)

(702) 792-3773, rabeb@gtlaw.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Bethany Rabe as (name of local counsel) his/her/their Designated Resident Nevada Counsel in this case.

Cole Leleux
(party's signature)

Cole Leleux, Managing Member, ABC IP, LLC
(type or print party name, title)

Lawrence DeMonico
(party's signature)

Lawrence DeMonico, President, Rare Breed Triggers, Inc.
(type or print party name, title)

Kelly Leleux
(party's signature)

Kelly Leleux, Managing Member, RBTM, LLC

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Bethany L. Rabe*
Designated Resident Nevada Counsel's signature

11691 rabeb@gtlaw.com
Bar number Email address

APPROVED.

Dated: this 12th day of August, 2026.

Anne Traum

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Courts of admission for Carl E. Bruce continued

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of Illinois | 5/27/2026 | |
| USCA Federal Circuit | 3/13/2015 | |
| USCA 5th Circuit | 10/22/2021 | |
| JPML MultiDistrict Panel | 6/6/2018 | |

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Carl Edward Bruce**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2002.

I further certify that the records of this office show that, as of this date

**Carl Edward Bruce**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of

Texas at the City of Austin, this, the

13th day of July, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 4953C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.